# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**TO:**  
Jeremy Calvin Huang

**In re:**   Hyoungjin Jun

**Case Number**   16–13758–RGM  
**Chapter**   7

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*12* – Individual Schedule(s) and/or Statement(s), Lists – Additional Creditors – (Re: related document(s)[5] LBR 1007–1, and/or 1007–3, and/or 3015 Case Filing/Plan Deficiency) filed by Jeremy Calvin Huang of Woehrle Dahlberg Jones Yao PLLC on behalf of Hyoungjin Jun. (Huang, Jeremy)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

- __   Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any <u>document</u> filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 121.)
- __   Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*
- __   Not accompanied by a properly completed Amendment Cover Sheet*.
- __   Not in substantial compliance with the correct version of the Amendment Cover Sheet*.
- **x**   Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.
- __   **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].
- __   **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules
- __

*\*A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  November 18, 2016                       CLERK, UNITED STATES BANKRUPTCY COURT

                                                By <u>/s/ Jillinda Glenn</u>, Deputy Clerk  
[igvolpplvDec2015.jsp]                          Direct Dial Telephone No. <u>703–258–1250</u>